

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00592-CV

**IN RE** Jonathan **RIVAS**

Original Proceeding[1]

**ORDER**

On September 15, 2022, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 2, 2022.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CVA000440D1, styled *Roel Sauceda v. Jonathan Rivas*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.